TIMKEN CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND
PEER BEARING CO. AND L & S BEARING CO., DEFENDANT-INTERVENORS

Court No. 97–12–02156

(Dated March 20, 2002)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *Timken Co. v. United States,* 25 CIT 939 166 F. Supp. 2d 608 (2001) ("Remand Results"), and Commerce having complied with the Court's remand order and no responses to the Remand Results having been submitted by the parties, it is hereby·

ORDERED that the Remand Results filed by Commerce on December 20, 2001 are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.